**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>Litchford & Christopher, P.A. and Hal K. Litchford<br>vs.<br>Legal Video Services, Inc. and Laura Dominiak | Case Number:<br>FILED: MAY 23, 2008<br>08CV3035   RCC<br>JUDGE KENNELLY<br>MAGISTRATE JUDGE COX |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Legal Video Services, Inc. and Laura Dominiak

| |
|---|
| NAME (Type or print)<br>Ted Bond, Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Ted Bond, Jr. |
| FIRM<br>Thaddeus M. Bond, Jr. & Assoc, PC |
| STREET ADDRESS<br>200 N. King Ave., Suite 203 |
| CITY/STATE/ZIP<br>Waukegan, IL 60085 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6205614 | TELEPHONE NUMBER<br>(847) 599-9101 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐