# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3035 | **DATE** | 5/27/2008 |
| **CASE TITLE** | Litchford & Christopher, P.A., et al. vs. Legal Video Services, Inc., et al. | | |

**DOCKET ENTRY TEXT**

This case was improperly removed to this Court. The case was filed in state court in Orange County, Florida, yet the notice of removal purports to remove it to this District. Under the removal statute, an action "may be removed . . . to the district court of the United States for the district and division embracing the place where such action is pending," i.e., the Middle District of Florida. 28 U.S.C. § 1441(a). If defendants believe that after removal, the case appropriately should be venued in this district, the appropriate procedure would be to ask the district court in Florida to transfer the case here under 28 U.S.C. § 1404(a) or some other appropriate legal rule. The case is hereby remanded to the Circuit Court of the Ninth Judicial District, Orange County, Florida.

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | mk |
|---|---|---|